## Commonwealth *v.* Browning, Appellant.

Submitted March 17, 1975. *Samuel D. Miller, III*, and *High, Swartz, Roberts & Seidel*, for appellant; *Stewart J. Greenleaf*, Assistant District At-

torney, *William T. Nicholas,* First Assistant District Attorney, and *Milton O. Moss,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.